IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| INTER-OCEAN SEAFOOD TRADER, INC., <br><br> Plaintiff, <br><br> v. <br><br> RF INTERNATIONAL, LTD., <br><br> Defendant. | Case No. **2:12-CV-02268-KGG** |

### MOTION FOR SANCTIONS FOR FAILURE TO ATTEND MEDIATION

The plaintiff, Inter-Ocean Seafood Trader, Inc. ("Inter-Ocean"), moves this Court to impose sanctions pursuant to Federal Rule 16(f) against the defendant, RF International, Ltd. ("RF"), because RF violated Local Rule 16.3(c)(2) by failing to send a representative with settlement authority to a court-ordered mediation scheduled for Monday, November 5, 2012, in San Francisco, California.

In support of this motion, Inter-Ocean states a mediation was scheduled by agreement of the parties for November 5, 2012, with a mediator in San Francisco, where the parties are located.  Prior to the mediation, in an effort to reduce the expense of the case, counsel for Inter-Ocean communicated with RF's counsel by telephone and by email to determine whether the parties could negotiate before the mediation or alternatively, whether RF's representative would have greater settlement authority than the amount previously offered.  RF provided no guidance in this regard.  On November 5, 2012, Inter-Ocean appeared at the mediation by its president, John Chen, and the undersigned counsel.  Nobody from RF attended the mediation, other than its New Orleans attorney, who represented he had been hired by RF's insurance company.

Inter-Ocean incurred significant and needless expense as a result of RF's failure to attend the court-ordered mediation, including travel expenses and attorneys fees, as well as its share of the mediator's fee.

In further support of this motion, Inter-Ocean files its supporting memorandum.

WHEREFORE, Inter-Ocean prays this Court to enter its order of sanctions against RF, including an award of attorney fees and expenses incurred by Inter-Ocean in attending the mediation and filing this motion in the amount of $6,555.04, requiring Inter-Ocean to pay the entirety of the mediator's fee, and such other sanctions as may be deemed appropriate by the Court.

Respectfully submitted,

**CORONADO KATZ LLC**

/s/  Mark D. Katz
Mark D. Katz
mark@coronadokatz.com
Kansas Bar Number:  12745
Lawrence E. Nordling
larry@coronadokatz.com
Kansas Bar Number:  19299
14 West Third Street, Suite 200
Kansas City, MO  64105
Telephone:   (816) 410-6600
Facsimile:    (816) 337-3892

and

Timothy S. O'Hara
ohara.tim@sbcglobal.net
1611 Borel Place, Suite 6
San Mateo, CA  94402
Telephone:  (650) 212-1800
Facsimile:   (650) 212-1801

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE BY MAIL

      I hereby certify that the above and foregoing document was served on the parties herein on November 13, 2012 by the notice of electronic filing automatically generated by the Court's electronic filing system and by depositing the document in the U.S. Mail, first class postage prepaid, addressed to all counsel of record in the following manner:

      J. Philip Davidson
      Paul J. Skolaut
      Hinkle Law Firm, LLC
      301 North Main Street, Suite 2000
      Wichita, Kansas 67202

      Andrew de Klerk
      Brandon K. Thibodeaux
      Frilot LLC
      1100 Poydras Street, Suite 3700
      New Orleans, Louisiana 70163

      ATTORNEYS FOR RF INTERNATIONAL, LTD.

      /s/  Mark D. Katz
              Attorney