## Mark Katz

| | |
|---|---|
| From: | deKlerk, Andrew S. |
| Sent: | October 29, 2012 11:23 PM |
| To: | Mark Katz |
| Subject: | RE: Inter-Ocean Seafood Trader v. RF International |
| Attachments: | image001.png |

Dear Mark,

See you there.

Andrew

---

From: Mark Katz [mark@coronadokatz.com]
Sent: Monday, October 29, 2012 4:04 PM
To: deKlerk, Andrew S.
Subject: Inter-Ocean Seafood Trader v. RF International

Andrew:

I never heard back from you in response to our telephone conversation last month regarding settlement. I made two inquiries – First, would your client like to cut mediation costs by negotiating ahead of the mediation. I suppose we can assume the answer to this question is "no." Second, is your client going to be willing to offer significantly more than its current offer of $42,000 at mediation. Since I have not heard back, I assume the answer is "yes."

These requests were made with a view to reducing attorney fees and travel costs (or rendering them unnecessary). Having not heard from you, I will make my travel arrangements.

Regards,

Mark

Mark D. Katz
(816) 410-6524 – direct
(816) 560-5825 – cell
mark@coronadokatz.com<mailto:mark@coronadokatz.com>

[Description: cid:image003.png@01CCD063.752BDB90]
14 West Third Street, Suite 200
Kansas City, Missouri 64105
(816) 410-6600 – general
(816) 337-3892 – fax
www.coronadokatz.com<http://www.coronadokatz.com/>



1