**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

I, Andrew S. DeKlerk, declare as follows:

1. I am a partner at Frilot, LLC located at 1100 Poydras Street, Suite 3700, New Olreans, Louisiana 70163 and have personal knowledge of the statements made in this Declaration Pursuant to 28 U.S.C. § 1746.

2. I have been doing claims handling work pursuant to a contract with Beazley Limited ("Beazley") since October 11, 2011.

3. I have settlement authority with discretion up to a monetary limitation.

4. I have been involved with the claim from Inter-Ocean Seafood Trader, Inc., since RF International Ltd. informed its insurer, Beazley, of the claim in April 2011.

5. I became RF International Ltd.'s counsel of record in Inter-Ocean Seafood Trader, Inc. v. RF International, Ltd., 12-cv-02268 when Inter-Ocean filed suit on November 28, 2011.

6. I attended the mediation on November 5, 2012 as the representative of RF International Ltd. with settlement authority.

7. I also attended the mediation as RF International Ltd.'s attorney responsible for resolution of the case.

8. I had the authority to meet Inter-Ocean Seafood Trader Inc.'s demand, but I chose not to do so based on my view of the legal merits of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Thus done in New Orleans, Louisiana on this 26th day of November, 2012.

_____
ANDREW S. DEKLERK

EXHIBIT A

1