## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I, Zareena Hussain, declare as follows:

1. I am the Head of Professional and Logistics Liability for Beazley Limited ("Beazley").

2. On October 11, 2011, Andrew S. deKlerk began performing claims adjusting as well as legal work for Beazley pursuant to a contractual agreement.

3. RF International Ltd. had a policy of insurance with Beazley.

4. When Inter-Ocean Seafood Trader, Inc. ("Inter-Ocean") presented its claim to RF International Ltd. ("RF"), RF turned over the claim to Beazley for defense and indemnity pursuant to its policy of insurance.

4. Andrew S. DeKlerk was appointed by Beazley pursuant to the above-mentioned agreement to assist in the adjustment and ultimate resolution of Inter-Ocean's claims.

5. Beazley took over the complete defense of this matter.

6. Andrew S. deKlerk attended the mediation on November 5, 2012 as the representative of Beazley with settlement authority.

7. Andrew S. deKlerk also attended as the attorney responsible for the resolution of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in London, England, United Kingdom on this 26th day of November, 2012.

_____
ZAREENA HUSSAIN

1

EXHIBIT B