## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I, Robert L. Stewart, Jr., declare as follows:

1. I am Vice President and Assistant General Counsel of RF International Ltd. and have personal knowledge of the statements made in this Declaration Pursuant to 28 U.S.C. § 1746.

2. RF International Ltd. had a policy of insurance with Beazley Limited ("Beazley").

3. When Inter-Ocean Seafood Trader, Inc. ("Inter-Ocean") presented its claim to RF International Ltd. ("RF"), RF turned the claim over to Beazley for defense and indemnity pursuant to its policy of insurance.

4. Andrew S. DeKlerk was appointed by Beazley to assist in the adjustment and ultimate resolution of Inter-Ocean's claims.

5. Beazley took over the complete defense of this matter.

6. Andrew S. deKlerk attended the mediation on November 5, 2012 as the representative of RF with settlement authority.

7. Andrew S. deKlerk also attended as the attorney responsible for the resolution of the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Thus done in Jacksonville, Florida on this 26th day of November, 2012.

ROBERT L. STEWART, JR.

EXHIBIT C