IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| INTER-OCEAN SEAFOOD TRADER, INC., <br><br> Plaintiff, <br><br> v. <br><br> RF INTERNATIONAL, LTD., <br><br> Defendant. | Case No. 2:12-CV-02268-KGG |

**DEFENDANT RF INTERNATIONAL LTD.'S EXHIBIT LIST FOR DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INTER-OCEAN SEAFOOD TRADER, INC.'S MOTION FOR SANCTIONS FOR FAILURE TO ATTEND MEDIATION**

COMES NOW the defendant, RF International, Ltd. ("RF"), by and through its counsel of record and pursuant to D.Kan. Rule 7.6 submits the following exhibit list with respect to the exhibits identified in Defendant RF International Ltd.'s Memorandum in Opposition to Plaintiff Inter-Ocean Seafood Trader, Inc.'s Motion for Sanctions for Failure to Attend Mediation.

| EXH. NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Declaration of Andrew deKlerk, dated November 26, 2012. |
| 2 | Declaration of Zareena Hussain, dated November 26, 2012. |
| 3 | Declaration of Robert Stewart, dated November 26, 2012. |

THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.

Respectfully Submitted,

s/ Paul J. Skolaut
J. Philip Davidson, KS 14642
pdavidson@hinklaw.com
Paul J. Skolaut, KS 22143
jskolaut@hinklaw.com
HINKLE LAW FIRM LLC
301 North Main Street, Suite 2000
Wichita, Kansas 67202
Tel:  (316) 267-2000 (office)
Tel:  (316) 660-6205 (JPD direct)
Tel:  (316) 660-6220 (PJS direct)
Fax:  (316) 264-1556
**Attorneys for Defendant**
**RF International, Ltd.**

and

Andrew de Klerk
adeklerk@frilot.com
Brandon K. Thibodeaux
bthibodeaux@frilot.com
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Tel:  (504) 599-8010 (work)
Fax:  (504) 599-8110
**Attorneys for Defendant**
**RF International, Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the foregoing **DEFENDANT RF INTERNATIONAL LTD.'S EXHIBIT LIST FOR DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF INTER-OCEAN SEAFOOD TRADER, INC.'S MOTION FOR SANCTIONS FOR FAILURE TO ATTEND MEDIATION** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark D. Katz, KS 12745
    Lawrence E. Nordling, KS 19299
    CORONADO KATZ, LLC
    14 West Third Street, Suite 200
    Kansas City, Missouri 64105
    Direct Dial: (816) 410-6558
    Telephone: (816) 410-6600
    Facsimile: (816) 337-3892
    mark@coronadokatz.com

    Timothy S. O'Hara, Attorney at Law
    1611 Borel Place, Suite #6
    San Mateo, California 94402
    Telephone: (650) 212-1800
    Facsimile: (650) 212-1801
    Ohara.tim@sbcglobal.net
    **A**t**torneys for Plaintiff Inter-Ocean Seafood Trader, Inc.**

                                        s/ Paul J. Skolaut
                                        Paul J. Skolaut, #22143